1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JAMONT L. CALHOUN,                          No.  2:12-cv-2856-GEB-EFB P

12              Plaintiff,

13         v.                                     FINDINGS AND RECOMMENDATIONS

14    M. GOMEZ, et al.,

15              Defendants.

16

17         Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

18    U.S.C. § 1983.  On August 14, 2013, the court screened plaintiff's amended complaint and found

19    service appropriate for defendants Green, Gomez, Merriweather and Young.  That order gave

20    plaintiff 30 days to submit the documents necessary for service of process on defendants and

21    warned plaintiff that failure to comply with the order could result in dismissal of his case.  The

22    time for acting has passed and plaintiff has failed to comply with or otherwise respond to the

23    court's order.

24         Accordingly, it is hereby RECOMMENDED that this action be dismissed for failure to

25    prosecute.  Fed. R. Civ. P. 41(b); E.D. Cal. Local Rule 110.

26         These findings and recommendations are submitted to the United States District Judge

27    assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

28    after being served with these findings and recommendations, any party may file written

1

1  objections with the court and serve a copy on all parties.  Such a document should be captioned

2  "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections

3  within the specified time may waive the right to appeal the District Court's order.  *Turner v.*

4  *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

5  Dated:  September 19, 2013.

6

7  EDMUND F. BRENNAN
   UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2