UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMONT L. CALHOUN,  Plaintiff,  v.  M. GOMEZ, et al.,  Defendants. | No. 2:12-cv-2856-GEB-EFB P  ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

On August 14, 2013, the court screened plaintiff's amended complaint and found service appropriate for defendants Green, Gomez, Merriweather and Young. That order gave plaintiff 30 days to submit the documents necessary for service of process on defendants and warned plaintiff that failure to comply with the order could result in dismissal of his case. The time for acting passed and plaintiff failed to comply with that order. Accordingly, on September 20, 2013, the undersigned issued findings and recommendations recommending that this action be dismissed. On October 15, 2013, plaintiff filed objections to the findings and recommendations, in which he requests an extension of time to return the documents to effect service of process. Plaintiff will be granted the requested extension of time.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request contained within his objections (ECF No. 18) is granted to the extent that the September 20, 2013 findings and recommendations are held in abeyance;

2. Plaintiff has 60 days to comply with the court's August 14, 2013 order (ECF No. 14);

3. Should plaintiff fail to timely comply, those findings and recommendations will be submitted to the district judge for consideration; and

4. The Clerk is directed to re-serve the court's August 14, 2013 order (ECF No. 14) and the documents referenced therein.

Dated:  October 23, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE