1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JAMONT L. CALHOUN,                          No.  2:12-cv-2856-GEB-EFB P

12                    Plaintiff,

13        v.                                      ORDER

14    M. GOMEZ, et al.,

15                    Defendants.

16

17        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

18    U.S.C. § 1983.

19        On April 8, 2014, the court ordered plaintiff to submit the necessary documents to

20    effectuate service of process on defendant Green through the United States Marshal.  ECF No. 39.

21    Plaintiff subsequently notified the court that he has new information for service of process, but

22    failed to submit the necessary documents to effect service.  ECF No. 42.  It is plaintiff's

23    responsibility to provide the documents required for service of process, and plaintiff has not

24    complied with the court's order.  To effect service, plaintiff must submit the completed form

25    USM-285 as previously ordered.

26        In addition, the court notes that plaintiff filed objections to the undersigned's April 9,

27    2014 findings and recommendations, which recommended dismissal of defendant Merriweather.

28    ECF No. 41.  In the objections, dated April 17, 2014, plaintiff states he needs a 30 day extension

                                                1

1  of time to do relevant research.  ECF No. 41.  In light of plaintiff's filing, that court will hold the

2  April 9, 2014 findings and recommendations in abeyance.

3       Accordingly, IT IS HEREBY ORDERED that:

4      1.   Within 21 days from service of this order, plaintiff shall complete the attached Notice

5        of Submission of Documents and submit it to the court with the completed form USM-

6        285.  Failure to comply with this order may result in dismissal of defendant Green.

7      2.   The Clerk of the Court shall send plaintiff a USM-285 form.

8      3.   The April 9, 2014 findings and recommendations are held in abeyance, and plaintiff

9        has until May 18, 2014 to file an appropriate motion related to defendant

10        Merriweather. Should plaintiff fail to timely comply, those findings and

11        recommendations will be submitted to the district judge for consideration.

12  DATED:  May 12, 2014.

13  

14                    EDMUND F. BRENNAN
                  UNITED STATES MAGISTRATE JUDGE

15  

16  

17  

18  

19  

20  

21  

22  

23  

24  

25  

26  

27  

28

1
2
3
4
5
6
7                       UNITED STATES DISTRICT COURT

8                  FOR THE EASTERN DISTRICT OF CALIFORNIA

9
10   JAMONT L. CALHOUN,                        No.  2:12-cv-2856-GEB-EFB P

11            Plaintiff,

12        v.                                   NOTICE OF SUBMISSION OF
                                               DOCUMENTS
13   M. GOMEZ, et al.,

14            Defendants.

15

16        Plaintiff hereby submits the following documents in compliance with the court's order

17   filed _____:

18

19        __1__              completed USM-285 form

20

21

22   DATED:

23

24                                   _____
                                     Plaintiff
25

26

27

28
                                        3