UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMONT L. CALHOUN,<br><br>    Plaintiff,<br><br>    v.<br><br>M. GOMEZ, et al.,<br><br>    Defendants. | No. 2:12-cv-2856-GEB-EFB P<br><br>ORDER |

    Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On April 9, 2014, the court issued findings and recommendations, which recommended dismissal of defendant Merriweather. ECF No. 40. Plaintiff requests a 60-day extension of time to file a motion pursuant to Rule 25 of the Federal Rules of Civil Procedure. ECF No. 47. Plaintiff's motion will be granted in that the court will hold the findings and recommendations in abeyance. The court is not inclined grant additional requests for extensions of time.

    Accordingly, IT IS HEREBY ORDERED that the April 9, 2014 findings and recommendations are held in abeyance, and plaintiff has 60 days from the date of this order to file an appropriate motion related to defendant Merriweather. Should plaintiff fail to timely comply, those findings and recommendations will be submitted to the district judge for consideration.

DATED: May 29, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE