UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMONT L. CALHOUN,

    Plaintiff,

  v.

M. GOMEZ, et al.,

    Defendants.

No. 2:12-cv-2856-GEB-EFB P

ORDER

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On April 9, 2014, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 9, 2014, are adopted in full; and

2. Defendant Merriweather is dismissed from this action.  See Fed. R. Civ. P. 25(a)(1) (if motion for substitution "is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed").

So ordered.

Dated:  October 30, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge