UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMONT L. CALHOUN,

    Plaintiff,

    v.

M. GOMEZ, et al.,

    Defendants.

No. 2:12-cv-2856-GEB-EFB P

ORDER

    Plaintiff is a state prisoner proceeding pro se with this civil rights action under 42 U.S.C. § 1983. Defendants Young and Gomez move to modify the discovery and scheduling order to extend their deadline for filing a dispositive motion. ECF No. 104. Defendants' request (ECF No. 104) is granted. The deadline for dispositive motions set in the September 9, 2015 discovery and scheduling order (ECF No. 78) is vacated. If defendant Green is properly served and files an answer, the court will issue a revised discovery and scheduling order, setting a new date for the filing of dispositive motions.

    So ordered.

DATED: April 6, 2016.

                                 EDMUND F. BRENNAN
                                 UNITED STATES MAGISTRATE JUDGE